# U.S. District Court
# Eastern District of TEXAS [LIVE] (Marshall)
# CIVIL DOCKET FOR CASE #: 2:25−cv−01057−RWS−RSP

| | |
|---|---|
| WFR IP, LLC v. Sony Electronics, Inc. | Date Filed: 10/22/2025 |
| Assigned to: District Judge Robert W. Schroeder, III | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Roy S. Payne | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**WFR IP, LLC**  represented by  **William P Ramey , III**
Ramey LLP
446 Heights Blvd.
Ste 200
Houston, TX 77007
713−426−3923
Fax: 832−900−4941
Email: wramey@rameyfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sony Electronics, Inc.**  represented by  **Gregory S Gewirtz**
Lerner David LLP
NJ
20 Commerce Drive
Cranford, NJ 07016
908−654−5000
Email: ggewirtz@lernerdavid.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2025 | Ï 1 | COMPLAINT against Sony Electronics, Inc. ( Filing fee $ 405 receipt number ATXEDC−11160743.), filed by WFR IP, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Ramey, William) (Entered: 10/22/2025) |
| 10/22/2025 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 emailed to the Director of the U.S. Patent and Trademark Office. (Ramey, William) (Entered: 10/22/2025) |
| 10/22/2025 | Ï 3 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by WFR IP, LLC (Ramey, William) (Entered: 10/22/2025) |
| 10/22/2025 | Ï | Case assigned to District Judge Robert W. Schroeder, III and Magistrate Judge Roy S. Payne. (mdj) (Entered: 10/22/2025) |
| 10/22/2025 | Ï | |

| | | |
|---|---|---|
| | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form <u>Consent to Proceed Before Magistrate Judge</u> is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (Copy of the notice to be sent by US Mail to parties not electronically noticed.) (mdj) (Entered: 10/22/2025) |
| 10/22/2025 | Ï 4 | Summons issued as to Sony Electronics, Inc.. (mdj) (Entered: 10/22/2025) |
| 11/17/2025 | Ï 5 | Summons returned executed by WFR IP, LLC. Sony Electronics, Inc. served on 11/14/2025. (Ramey, William) (Entered: 11/17/2025) |
| 11/19/2025 | Ï 6 | NOTICE of Attorney Appearance by Gregory S Gewirtz on behalf of Sony Electronics, Inc. (Gewirtz, Gregory) (Entered: 11/19/2025) |
| 11/19/2025 | Ï 7 | UNOPPOSED MOTION for Extension of Time to File Answer re 1 Complaint by Sony Electronics, Inc.. (Attachments: # 1 Proposed Order)(Gewirtz, Gregory) (Entered: 11/19/2025) |
| 12/11/2025 | Ï 8 | ORDER granting 7 Motion for Extension of Time to Answer Sony Electronics, Inc. answer due 1/19/2026. Signed by Magistrate Judge Roy S. Payne on 12/11/2025. (mdj) (Entered: 12/11/2025) |
| 01/14/2026 | Ï 9 | UNOPPOSED MOTION to Change Venue *(Unopposed Motion to Transfer Case to the U.S. District Court for District of New Jersey)* by Sony Electronics, Inc.. (Attachments: # 1 Proposed Order)(Gewirtz, Gregory) (Entered: 01/14/2026) |
| 01/14/2026 | Ï 10 | UNOPPOSED MOTION for Extension of Time to File Answer re 1 Complaint *(Second Unopposed Motion for Extension of Time for Defendant Sony Electronics Inc. to Respond to Plaintiff's Complaint)* by Sony Electronics, Inc.. (Attachments: # 1 Proposed Order)(Gewirtz, Gregory) (Entered: 01/14/2026) |
| 01/21/2026 | Ï 11 | ORDER granting 10 Motion for Extension of Time to Answer Sony Electronics, Inc. answer due 2/18/2026. Signed by Magistrate Judge Roy S. Payne on 01/21/2026. (mdj) (Entered: 01/21/2026) |
| 01/26/2026 | Ï 12 | ORDER granting 9 Motion to Change Venue. Signed by Magistrate Judge Roy S. Payne on 01/23/2026. (mdj) (Entered: 01/26/2026) |